U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LONDELL LEE, JR. | CIVIL ACTION NO. 07-1425 |
| VERSUS | JUDGE WALTER |
| COCA-COLA ENTERPRISES, INC. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Compel Arbitration (Doc. 3) is granted as follows: The parties are ordered to submit to and participate in an arbitration in accordance with the terms and provisions of the Solutions Program, of all claims asserted in this civil action, which civil action is dismissed without prejudice to the right of Plaintiff to pursue the claims in arbitrtation.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 3rd day of April, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE